JS-6

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
KATHARINE SCHONBACHLER
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 222875
Federal Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3172
Facsimile: (213) 894-7177
E-mail: Katie.Schonbachler@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TWO REAL PROPERTIES LOCATED IN LANCASTER, CALIFORNIA,<br><br>Defendants.<br>_______________<br>JAMES E. OLIVER, SR., JAMES E. OLIVER, JR., WENDY CLEMENS, AND MARGARET PERRIS,<br><br>Claimants. | NO. CV 11-2873 VBF (MANx)<br><br>~~[PROPOSED]~~<br>**CONSENT JUDGMENT OF FORFEITURE** |

/ / /

/ / /

This action was filed on April 5, 2011. Notice was given and published in accordance with law. Claimants James E. Oliver, Jr. ("Oliver, Jr.") filed a claim on May 13, 2011 to the defendants; James E. Oliver, Sr. ("Oliver, Sr.") filed a claim on May 18, 2011 to the defendant "Oliver, Sr. Genoa property" (which real property is more fully described in paragraph 3(b) below); and Wendy Clemens ("Clemens") and Margaret Perris ("Perris") filed claims on May 27, 2011 to the defendant "Oliver, Jr. 80th Street property" (which real property is more fully described in paragraph 3(a) below). No answers or any other claims have been filed, and the time for filing claims and answers has expired. The parties have reached an agreement that is dispositive of this action and hereby request that the Court enter this Consent Judgment of Forfeiture. The parties' agreement to this Consent Judgment is dependent upon the filing and approval by the Court of the Consent Judgment in the related case pending in this Court entitled United States vs. $25,270.00 in U.S. Currency et al., Case No. CV 11-2872 VBF.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. Claimants Oliver, Jr., Oliver, Sr., Clemens and Perris represent that they are unaware of any other persons or entities with a valid interest in the defendants Two Real Properties in Lancaster, California (collectively, "defendant real properties"). All potential claimants to the defendant real properties, other than claimants Oliver, Jr., Oliver, Sr.,

Clemens and Perris (collectively, “claimants”) are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture. The claimants are relieved of their obligation to file answers in this litigation.

3. The parties waive the requirements of Local Rule 79-5.4(e) in order to effectuate this Consent Judgment. The defendant real properties are:

a) Real property at 45249 80th Street, Lancaster, California 93536 and more particularly described as: The North half of the South half of the East half of the East half of the Southeast quarter of the Southeast quarter of Section 8, Township 7 North, Range 13 West, San Bernardino Meridian, in the county of Los Angeles, state of California, according to the official plat of said land. Assessor’s Parcel No. 3219-025-018 (“Oliver, Jr. 80th Street property”).

b) Real property at 45402 Genoa Avenue, Lancaster, California 93534 and more particularly described as: Lot 82, Tract No. 17242, in the unincorporated area of the county of Los Angeles, state of California, as per map recorded in book 478, pages 28 to 31 of maps, in the office of the county recorder of said county. Assessor’s Parcel No. 3135-015-036 (“Oliver, Sr. Genoa property”).

4. Claimant Oliver, Sr. shall pay the United States of America a total of $50,000.00 (fifty thousand dollars) within sixty (60) days of the date this Consent Judgment is filed. This payment shall be in the form of a cashier’s check payable

to the “United States Marshals Service” and shall be delivered to Assistant United States Attorney Katharine Schonbachler at the Federal Courthouse, 312 North Spring Street, 14th Floor, Los Angeles, California 90012. The $50,000.00 shall be the substitute res for the Oliver, Sr. Genoa property in this action and shall be condemned and forfeited to the United States of America, which shall dispose the funds in accordance with law.

5. Plaintiff shall withdraw its lis pendens with respect to the Oliver, Jr. 80th Street property within fourteen (14) days of the date this Consent Judgment is filed.

6. Provided that claimant Oliver, Sr. timely makes the $50,000.00 payment in full by cashier’s check, the United States of America shall, within fourteen (14) days of its receipt of the payment in full by cashier’s check from claimant Oliver, Sr., withdraw its lis pendens with respect to the liver, Sr. Genoa property. However, should claimant Oliver, Sr. fail to timely make the $50,000.00 payment in full by cashier’s check, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

a) Plaintiff United States of America shall have judgment against the Oliver Sr. Genoa property;

b) All right, title and interest in the Oliver, Sr. Genoa property shall be condemned and forfeited to the United States of America, which shall dispose of the Oliver, Sr. Genoa property in the manner provided by law.

c) With respect to the Oliver, Sr. Genoa property, the Los Angeles County Recorder shall index this judgment in the grantor index under the name of James E. Oliver, Sr.

and in the grantee index under the name of the United States of America.

d) Title having vested in plaintiff United States of America with respect to the Oliver Sr. Genoa property, the United States of America shall proceed to dispose of the Oliver, Sr. Genoa property in accordance with law. Upon disposition of the Oliver, Sr. Genoa property, the proceeds of the sale of the Oliver, Sr. Genoa property, to the extent such amounts are available, shall be payable in the following priority:

(i) First, payment to the United States Marshals Service for all expenses of forfeiture of the Oliver, Sr. Genoa property including, but not limited to, expenses of custody, advertising and sale;

(ii) Second, payment to the County Assessor and Tax Collector of Los Angeles County, California for unpaid real property taxes assessed against the Oliver, Sr. Genoa property up to the date of entry of this Consent Judgment of Forfeiture; and,

(iii) Third, the United States Marshals Service shall deposit and dispose of the remaining proceeds from the sale of the Oliver, Sr. Genoa property in accordance with law.

e. Any occupants of the Oliver, Sr. Genoa property shall vacate the property within thirty (30) days of receiving notice from the United States Marshals Service and, before they vacate the Oliver, Sr. Genoa property, to take all reasonable precautions to prevent any destruction

to or diminution in value of the Oliver, Sr. Genoa property and any fixtures thereto. If any such occupants fail to vacate the Oliver, Sr. Genoa property by the aforementioned deadline, the United States Marshals Service may remove them and their belongings from the Oliver, Sr. Genoa property without further order of the Court.

7. Except as to such rights and obligations created by this Consent Judgment, Claimants, and each of them, hereby release the United States of America, its agencies, agents, officers and attorneys, including employees and agents of the Federal Bureau of Investigation, and officers and employees of the Los Angeles Sheriff's Department, from any and all claims, actions or liabilities arising out of or related to the seizure of the defendants and the commencement of this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimants, or any of them, whether pursuant to 28 U.S.C. § 2465 or otherwise.

8. The Court finds that there was reasonable cause for the institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

9. The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Judgment.

DATED: August 3, 2011

Valerie Baker Fairbank

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel/parties appear on the next page.]**

**Approved as to form and content:**

DATED: July ___, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

DATED: July ____, 2011

/s/
JAMES E. OLIVER, JR.
PRO SE CLAIMANT

DATED: July ___, 2011

/s/
JANET SHERMAN
Attorney for Claimants
WENDY CLEMENS AND MARGARET PERRIS

DATED: July ____, 2011

/s/
WENDY CLEMENS, CLAIMANT

DATED: July ____, 2011

/s/
MARGARET PERRIS, CLAIMANT

DATED: July ___, 2011

LAW OFFICES OF MICHAEL J. KHOURI

/s/
MICHAEL J. KHOURI
Attorney for Claimant
JAMES E. OLIVER, SR.

DATED: July ____, 2011

/s/
JAMES E. OLIVER, SR., CLAIMANT